UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Case No. 07-cr-240-02-SM

Peter Loukedes

O R D E R

Defendant's assented-to motion to continue the trial (document no. 17) is granted. Trial has been rescheduled for the April 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than January 3, 2008. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account

the exercise of due diligence under the circumstances.

    Final Pretrial Conference: March 21, 2008  at 4:00 PM

    Jury Selection:          April 1, 2008 at 9:30 AM

    SO ORDERED.

December 17, 2007                              Steven J. McAuliffe
                                                Chief Judge

cc:  Debra Walsh, Esq.
      Jessica Brown, Esq.
      U. S. Probation
      U. S. Marshal