```
           UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                    Criminal No. 07-cr-240-02-SM

<u>Peter Loukedes</u>

<u>ORDER</u>

    Re: Document No. 29, Assented to MOTION to Continue sentencing hearing for 90 days

    Ruling: Granted, in part.  Defendant was indicted on November 7, 2007, arrested on November 15, 2007, obtained two trial continuances, pled guilty on May 30, 2008, and has obtained one continuance of the sentencing date.  He now seeks another continuance of ninety days on unspecific grounds.  He states additional time is needed to prepare for sentencing and that he is participating in a "substance abuse aftercare program and is hoping the court will allow him to continue in the program."  Seventeen months between arrest and sentencing in a case resolved by a guilty plea is too long, and more than 10 months between adjudication of guilt and sentencing is too long, though such delays have become somewhat common in this district, generally by agreement between defense and government counsel.  It is probably past time to bring some better control policies to bear.  Continuances in the main should not require more than sixty days and more than two continuance requests should warrant close scrutiny.  The motion is granted to the extent a 60 day continuance is allowed.  No further continuance will be granted absent extraordinary circumstances.

                                        <u>/s/ Steven J. McAuliffe</u>
                                        Steven J. McAuliffe
                                        Chief Judge

Date: December 23, 2008

cc: Counsel of Record